

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00842-CR and 04-17-00843-CR

Jose **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR4478 and 2015CR7889W
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, counsel's motion to withdraw is GRANTED and the trial court's judgments are AFFIRMED. The trial court clerk is ORDERED to prepare and file in each case a corrected bill of costs showing that no court-appointed attorney's fees are assessed against Ortiz.

SIGNED October 10, 2018.

_____
Karen Angelini, Justice